FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR -7  PM 4: 31

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES | * | CRIMINAL ACTION |
| VERSUS | * | NO. 00-399 |
| CARLOS ESTRADA | * | SECTION "L" |

**ORDER**

On April 4, 2005, the Court received the attached correspondence from the Defendant wherein he requests early termination of his probation. On April 5, 2001, this Court sentenced the Defendant to a term of 5 years probation. The scheduled date for termination of his probation is April 4, 2006. By letter dated April 7, 2005, the Defendant's probation officer indicated that she does not oppose the request as the Defendant has fully complied with the terms and conditions of his probation. Accordingly, the Court hereby GRANTS the Defendant's request for early termination of his probation. His probation is hereby terminated effective this date.

New Orleans, Louisiana
This 7th day of April, 2005

United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

March 02, 2005

The Honorable Eldon E. Fallon, Judge,
U.S. Court, Eastern District of Louisiana
500 Pydras Street, Room C456
New Orleans, LA 70130

RE:     Request for Early Termination of Parole / USA v. Salazar et. al. 00-CR-399-ALL / Requester; Freddy Lemus (aka Carlos Estrada).

Your Honor,

    The undersigned, Freddy Lemus, defendant in the above-referenced case, respectfully requests early termination from probation. I was sentenced on April 5, 2001, and the scheduled date for termination of my probation is April 4, 2006. I have already completed all requirements for supervision, and my probation officer concurs with the nature of my request.

    I request termination from probation because I need to travel to my native Guatemala to undergo cataract surgery. The ailment affects both of my eyes, and I have already lost vision in my left eye. I am attaching correspondence from my eye doctor in this regard.

Respectfully yours,

*[signature: Freddy Lemus Ramirez]*
Freddy Lemus-Ramirez

225-398-3600

cc:
- Lisa I. Carroll, Probation Officer, U.S. Middle District of Louisiana, 777 Florida St., Suite 161, Baton Rouge LA 70801.
- Theodore R. Carter, III, U.S. Attorney's Office, 501 Magazine St., Room 210, New Orleans, LA 70130

*[Stamp: RECEIVED APR - 4 2005 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON]*

**Tim D. Johnson, M.D.**
*Glaucoma Specialist*

---

August 25, 2004

Dr. Elmo Dean
4747 O'Neal Ln.
Baton Rouge, LA 70817

RE: **FREDDY RAMIREZ**

Dear Elmo:

Freddy Ramirez is a 43 year old complaining of blurred vision in the left eye since getting cement in the left eye 2 months ago. His medical history is positive for tuberculosis.

His vision measures 20/60 right and 20/400 left with a pressure of 17 bilaterally at 3:00 pm. Anterior segment examination is significant for 4+ posterior subcapsular type cataracts bilaterally, more so left eye than right. Fundus examination is unremarkable.

At that time, with further careful questioning, he did admit to being in some fist fights while in Corpus Christi in years gone by during at which time he got hit in both eyes. He denies steroid use.

In summary, he exhibits bilateral cataracts, which are possibly traumatic in origin. We will therefore cautiously proceed to remove his cataracts with the knowledge that they may be unstable due to trauma. We will keep you updated as to his progress and thanks for allowing us to participate in his visual management.

Best regards.

Cordially,

*Tim*

Tim D. Johnson, M.D.
TDJ/fwp

---

O.L.O.L. Medical Plaza II, 7777 Hennessy Boulevard, Suite 5000
Baton Rouge, LA 70808   225-768-7777   Fax 225-769-2852

Freddy Lemus Ramirez
3/25/04

Private Pay

21447

95.00

AMOUNT PAID: $ _____
☒ CASH ☐ CHECK ☐ AM. EXPRESS ☐ VISA ☐ MASTERCARD
____ DAYS ____ WKS. ____ MOS. ____ YRS.

**EYE SPECIALISTS OF LOUISIANA**
7777 HENNESSY BLVD., SUITE 5000
BATON ROUGE, LA 70808
(225) 768-7777
TAX I.D. # 72-1110138

☐ DAVID M. DRAGON, M.D.
ID No. 72-1110137  Medicare 5L925  Medicaid 1347167  UPIN No. B61555

☒ TIM D. JOHNSON, M.D.
ID No. 72-1184962  Medicare 51188  Medicaid 1361101  UPIN No. B62866

| DIAGNOSIS | ICD-9 | DIAGNOSIS | ICD-9 | DIAGNOSIS | ICD-9 |
|---|---|---|---|---|---|
| **CORNEA** | | **RETINA** | | | |
| Corneal Abrasion | 918.1 | Cystoid Macular Edema | 362.53 | | |
| Corneal or Conjunctival Burn | 940.0 | Macular Hole | 362.54 | | |
| Corneal Erosion, Recurrent | 371.42 | Peripheral Degeneration | 362.60 | | |
| Corneal Scar Opacity | 371.30 | Macular Degeneration Nonexudative Senile | 362.51 | | |
| Corneal Transplant | V42.5 | Background Diabetic Retinopathy | 362.01 | | |
| Exposure Keratitis | 370.34 | Proliferative Diabetic Retinopathy | 362.02 | | |
| Foreign Body (Corneal) | 930.0 | Vein Occlusion Central Retinal | 362.35 | | |
| Graft Rejection | 996.51 | **ORBIT** | | | |
| Dry Eye | 375.15 | Contusion Periorbital | 921.2 | | |
| Keratoconus | 371.60 | Wound Dehiscence | 998.3 | | |
| Pterygium | 372.40 | **EYELIDS** | | | |
| Herpes Simplex | 054.42 | Bell's Palsy | 351.0 | | |
| Herpes Zoster Blepharoconjunctivitis | 053.21 | Blepharitis | 373.00 | | |
| Bullous Keratopathy | 371.23 | Chalazion | 373.2 | | |
| Central Corneal Ulcer | 370.03 | Senile Ectropion | 374.11 | **DIAGNOSIS** | **ICD-9** |
| | | Senile Entropion | 374.01 | **MUSCLES** | |
| **CONJUNCTIVA** | | Ptosis | 374.30 | Esotropia | 378.00 |
| Allergic Conjunctivitis | 372.14 | Trichiasis | 374.05 | Exotropia | 378.01 |
| Scleritis / Scleritis | 379.00 | **LACRIMAL SYSTEM** | | **REFRACTIVE** | |
| Subconjunctival Hemorrhage | 372.72 | Epiphora due to insufficient drainage | 375.22 | Astigmatism | 367.21 |
| Acute Conjunctivitis | 372.00 | Nasolacrimal Obstruction Acquired | 375.56 | Hyperopia | 367.0 |
| Viral Conjunctivitis | 077.1 | **IRIS-CILIARY** | | Myopia | 367.1 |
| **GLAUCOMA** | | Acute Iridocyclitis | 364.01 | Normal Eye Exam | V72.0 |
| Pigmentary | 365.13 | Recurrent Iridocyclitis | 364.02 | Presbyopia | 367.4 |
| Chronic Angle Closure | 365.23 | Chronic Iridocyclitis | 364.10 | | |
| Chronic Open Angle | 365.11 | **LENS** | | **VITREOUS CAVITY** | |
| Rubeosis Iridis | 364.42 | Aphakia | 379.31 | Posterior Vitreous Detachment | 379.21 |
| Suspect | 365.00 | NS Cataract | 366.16 | Vitreous Opacities (Floaters) | 379.24 |
| Pseudoexfoliation | 366.11 | Opaque Memb. - After Cataract | 366.53 | | |
| Angle Recession | 364.77 | PSC Cataract | 366.14 | **MISCELLANEOUS** | |
| Low Tension | 365.12 | Pseudophakia | V431 | Headache - Unspecified | 784.0 |
| Malignant | 365.20 | **OPTIC NERVE VISUAL PATH** | | Ophthalmic Migraine | 346.20 |
| Steroid | 365.03 | Optic Atrophy | 377.10 | Pain In or Around Eye | 379.91 |
| Assoc. w/Ocular Inflammation | 365.62 | Strabismic Amblyopia | 368.10 | | |
| Assoc. w/Vascular Disorder | 365.63 | | | | |

| PROCEDURE | CPT-4 | MOD | FEE | PROCEDURE | CPT-4 | MOD | FEE | PROCEDURE | CPT-4 | MOD | FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **OFFICE VISIT NEW PATIENT** | | | | **DIAGNOSTIC** | | | | **MISCELLANEOUS** | | | |
| Intermediate | 92002 | | | A-Scan Procedure | 76519-TC | | | Lac. Punctum Dilation and Irrig. | 68801 | | |
| Comprehensive | 92004 | | | A-Scan Interp. | 76519-26 | | | Probing of Nasolacrimal Duct | 68810 | | |
| Refraction | 92015 | | | Visual Fields | 92083 | | | Tenon's Injection | 67515* | | |
| Prob. Focused - | | | | Fluorescein Angiography | 92235 | | | Subconjunctival Injection | 68200* | | |
|  Strtfrwd. Exam (10) | 99201 | | | Fundus Photography | 92250 | | | Punctal Occlusion | 68760 | | |
| Prob. Focused - | | | | Ophthalmoscopy | 92225 | | | Punctal Plugs | 68761 | | |
|  Expanded Exam (20) | 99202 | | | Corneal Scraping | 65430* | | | Microscope Fee | 92504 | | |
| Detailed - Low | | | | Optic Nerve Tomography | 92135 | | | Surgical Supplies | 99070 | | |
|  Complex Exam (30) | 99203 | | | Pachymetry | 76514 | | | Suture Removal | 65210 | | |
| **OFFICE VISIT ESTABLISHED PATIENT** | | | | **GLAUCOMA** | | | | Anterior Stromal Puncture | 65600 | | |
| Intermediate | 92012 | | | Tonometry | 92100 | | | Silicone Plug | A4263 | | |
| Comprehensive | 92014 | | | Gonio Evaluation | 92020 | | | **CONTACT LENS SERVICES** | | | |
| Refraction | 92015 | | | Filter Bleb Leak - Repair | 66250 | | | Aphakia (One Eye) | 92311 | | |
| Visit for Eval. | | | | Reformation of Ant. Chamber | 66020 | | | Aphakia (Both Eyes) | 92312 | | |
|  May Not Req. Phys. (5) | 99211 | | | | | | | Aphakia (Supply Lens) | 92396 | | |
| Prob. Focused - | | | | | | | | CL Evaluation | 92310 | | |
|  Strtfrwd. Exam (10) | 99212 | | | **FOREIGN BODY** | | | | CL Modification | 92325 | | |
| Prob. Focused - | | | | Superficial | 65205* | | | CL Progress Visit | 92012 | | |
|  Low Complexity Exam (15) | 99213 | | | Embedded Subconjunctival Scleral | 65210* | | | Replace Lens | 92326 | | |
| **OFFICE VISIT** | | | | Corneal with Slit Lamp | 65222* | | | Replacement Lens Policy | 92324 | | |
| After Hours - Addition | 99050 | | | **CORRECTION** | | | | Therapeutic Contact Lens | 92070 | | |
| Sundays and Holidays - Addition | 99054 | | | Trichiasis Removal by Forceps | 67820* | | | Tax | 99999 | | |
| Emergency | 99058 | | | | | | | **MODIFIERS** | | | |
| **CONSULT** | | | | **EXCISION** | | | | 22 Unusual or extended service | | | |
| Detailed - Low Complex. Consult (40) | 99243 | | | Biopsy, Scraping of Cornea | 65430* | | | 24 Unrelated visit during global period | | | |
| Comp. Moderate Complex. Consult (60) | 99244 | | | Dest. of Cornea | 65450 | | | 25 Separate E & M Service | | | |
| Comp. High Complex. Consult (80) | 99245 | | | Chalazion, Single | 67800 | | | 50 Bilateral Procedure | | | |
| **SECOND OPINION** | | | | Chalazion, Multiple, Same Lid | 67801 | | | 51 Multiple Procedures | | | |
| Prob. Focused - Strtfrwd. Opinion | 99272 | | | Chalazion, Multiple, Diff. Lid | 67805 | | | 54 Surgical care only | | | |
| Detailed Low Complexity Opinion | 99273 | | | Removal of Lesion of Lid | 67840* | | | 55 Post-operative management only | | | |
| Comp. - Moderate Complex. Opinion | 99274 | | | | | | | 57 Decision For Surgery | | | |
| | | | | | | | | 58 Larger related procedure during global period | | | |
| | | | | | | | | 78 Return to OR for related procedure | | | |
| | | | | | | | | 79 Unrel. surg. procedure during global period | | | |

Name: _____
Date: 8-24-04
Address: Fredy Lemus Ramirez    AGE 42

| | | | | | | |
|---|---|---|---|---|---|---|
| b. CC/odfs HPI | X | Ref Conjunctivitis EXAM OS VA ↓ Patient never returned for exam in May ∅ med | Dist VA Unaided | OD 20/150 | OS 20/LP | OU 20/150 |
| c. CC/odfs HPI | X | | Dist VA Aided | OD 20/ | OS 20/ | OU 20/ |
| 2a. PH eye | ∅ | | Near VA Unaided | OD 20/150 | OS 20/ | OU 20/150 |
| b. PH genl | ∅ | | Near VA Aided | OD 20/ | OS 20/ | OU 20/ |
| c. Meds | ∅ | | Old Rx OD/OS | none | | |
| 3a. FH eye | ∅ | | Retinoscopy OD/OS | NAP | | |
| b. FH general | ∅ | | Subjective (Best VA) OD/OS | | | 20/ 20/ |
| 4a. SH smoking | ∅ | | | | | |
| b. alcohol/drugs | ∅ | | New Rx | | | |
| c. Allergies | ∅ | NKDA | | | | |

| Descriptor of Areas Examined | NA X | OU | OD — Details of Objective Exam — OS |
|---|---|---|---|
| 6. Pupils | | | Perrla  Vision loss OS |
| 7. EOM / Conf VF | | cl | |
| 8. Stereo / Color | | cl | Refer to T-L. |
| 9. Ext Lids / Conj | | cl | |
| 10a. S/L Tear film | | cl | |
| b. Cornea | | | |
| c. AC | | cl | Bells/L'sopen |
| d. Iris | | cl | |
| e. Lens / IOL | | X | ⊕ cortical/fan gen lens OU |
| f. ../Vitreous | | | |
| 11a. DOph/Disc | | | C/D ___          NAP-OU          C/D ___ |
| b. Vessels | | | |
| c. Retina / Mac | | | TR_L 13/11  glts; M N C |
| d. Periphery | | | predil @ 2:56 pm @ Refused |

Records / Lab Results / Correspondence = TDR
99211
Highest History/Service Level Reached    E    Eye Dom

| Dx | Diagnosis - List here +/or on superbill | MO | Management Options - List all, Circle those Initiated | BAT R  M H |
|---|---|---|---|---|
| 1. | Vision loss | 1 | Refer to T-L | L |
| 2. | | 2 | | PAM R |
| 3. | | 3 | | L |

M.D. _[signature]_    Return: PRN    Type: OS VA    To M.D.

*file into record*

# UNITED STATES DISTRICT COURT
## Middle District of Louisiana
## Probation and Pretrial Services Office

Eddie Samson   777 Florida Street, Suite 161
Chief Probation Officer   Baton Rouge, Louisiana 70801
   225-389-3600 Phone
   225-389-3601 Fax

April 7, 2005

Susan Bryson
504-589-6966

> RE:  Carlos Estrada (aka Freddy Lemus-Ramirez)
> Docket No.  2:00cr00399-002
> Register No. 27355-034
> **BY FAX ONLY**

Dear Ms Bryson:

On April 5, 2001, the Honorable Eldon Fallon sentenced the above defendant to five years probation for his participation in making a false passport application. At the time of his sentencing, Estrada was taken into the custody of the Immigration and Naturalization Service (INS). Estrada was subsequently released on April 27, 2001 and moved to Baton Rouge. Because he failed to report to the U.S. Probation Office in New Orleans after his release from INS custody, a warrant was issued and he was arrested. The U.S. Attorney's Office in New Orleans declined to support revocation and Estrada was again released onto probation. At that time, he returned to Baton Rouge.

I have supervised Estrada since his case was transferred to the Middle District of Louisiana in October 2001. Estrada is compliant and has not violated any conditions of supervision. He has maintained the same residence and employment while living in Baton Rouge. He is attempting to clarify his identity with Homeland Security due to the use of an alias on some of his official documents and is attempting to go home to Guatemala for eye surgery. He has hired an attorney to assist him in these matters.

I am aware Estrada submitted a request for early termination from supervision. This officer would not oppose this request due to his compliance on probation.

Thank you and please contact me 225-389-3612 if I can provide additional information.

Sincerely,

Lisa I. Carroll
U.S. Probation Officer